FILED
APR 15 2010

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BENJAMIN DOWLING,

        Petitioner,

v.

DON MILLS,

        Respondent.

Civil No. 09-1206-AC

ORDER

ACOSTA, Magistrate Judge.

    IT IS ORDERED that Petitioner's Motion to Dismiss Habeas Petition (#19) is GRANTED.

    IT IS SO ORDERED.

    DATED this 15th day of April, 2010.

                                  John V. Acosta
                                  United States Magistrate Judge

1 - ORDER -